UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-164 |
| | ) | (Phillips/Guyton) |
| | ) | |
| COBIE FUGATE CURRY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

All pre-trial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. The Court observes that defendant Cobie Curry has entered a plea of guilty in this matter and thus no trial will be conducted. Accordingly, Mr. Curry's First Motion in Limine **[Doc. 38]** is **DENIED** as moot.

**IT IS SO ORDERED.**

ENTER:

         s/ H. Bruce Guyton         
United States Magistrate Judge

1